# AGC Employers Signatory to the Laborers 1999-2002 Master Agreement

| Company | Address | City | State | Zip | Phone | Fax |
|---|---|---|---|---|---|---|
| A & H Constructors, Inc. 33954-00 DELETED 3/12/02 | 1846 W. Indianapolis | Fresno | CA | 93705- | (559) 452-8434 | (559) 452-8436 |
| A.J. Diani Construction Co. 37185-00 | P.O. Box 636 | Santa Maria | CA | 93456- | (805) 925-9533 | (805) 922-9983 |
| ACE Engineering, Inc. 37403-00 (NEW) B-19-AG | 1880 Wright Avenue | La Verne | CA | 91750- | (909) 392-4600 | (909) 392-4950 |
| Agee Construction 33752-00 | P.O. Box 629 | Clovis | CA | 93613- | (559) 299-3290 | (559) 299-3503 |
| Albay Construction Co. 10235-00 | 865 Howe Road | Martinez | CA | 94533- | (925) 228-5400 | (925) 228-0821 |
| Allen L. Bender, Inc. 25408-00 | 2798 Industrial Blvd. | W. Sacramento | CA | 95691- | (916) 372-2190 | (916) 372-2243 |
| American Paving Co. 10112-00 | P.O. Box 11627 | Fresno | CA | 93774- | (559) 268-9886 | (559) 268-0662 |
| Amerine Systems, Inc. 35832-00 DELETED 05/09/02 | 10866 Cleveland Ave. | Oakdale | CA | 95361- | (209) 847-5968 | (209) 847-9082 |
| Anning-Johnson Company 10287-00 | 22955 Kidder Street | Hayward | CA | 94545- | (510) 670-0100 | (510) 670-0329 |
| ASI Civil Constructors 37068-00 | 2725 Jefferson St., Suite 12 | Carlsbad | CA | 92008- | (760) 730-3090 | (760) 730-3094 |
| Bartholomew Enterprises 37913-00 | P.O.Box 1815 | Woodland | CA | 95776- | (530) 666-1981 | (530) 666-0441 |
| Benco Bridges 31330-00 | 9888 Kent Street | Elk Grove | CA | 95624- | (916) 686-5030 | (916) 685-1459 |

**EXHIBIT B**

| Company | | Address | City | State | Zip | Phone | Fax |
|---|---|---|---|---|---|---|---|
| Mowat Construction Company | 33666-00 | 785 Alamo Drive, Suite 130 | Vacaville | CA | 95688- | (707) 451-7695 | (707) 451-7627 |
| Mozingo Construction, Inc | 35731-00 | P.O. Box 3774 | Sonora | CA | 95370- | (209) 533-3667 | (209) 533-2403 |
| Nationwide/Shimmick Construction, J.V. | 33474-00 | 24200 Clawiter Road | Hayward | CA | 94545- | (510) 293-1100 | (510) 293-1110 |
| NCCI | 35911-00 | Pier 26, The Embarcadero | San Francisco | CA | 94105- | (415) 974-0947 | (415) 974-0948 |
| Northwest Construction | 36186-00 DELETED 1/25/02 | 9011 Colony Drive | Redwood Valley | CA | 95470- | (707) 485-6210 | (707) 485-6211 |
| Pan Marine Constructors, Inc. | 35658-00 | Pier 54 Terry Francois Blvd. | San Francisco | CA | 94107- | (415) 989-0280 | (415) 495-3984 |
| Paul T. Beck Contractors, Inc. | 23848-00 | P.O. Box 6610 | Salinas | CA | 93912- | (831) 633-1358 | (831) 633-1360 |
| Penhall Company | 23801-00 | P.O. Box 4609 | Anaheim | CA | 92803- | (714) 772-6450 | (714) 778-8437 |
| Quality Landscape Service | 30209-00 | 731 Amesti Road | Watsonville | CA | 95076- | (831) 724-1885 | (831) 724-1838 |
| R & L Brosamer, Inc. | 34375-00 | P.O. Box 238 | Alamo | CA | 94507- | (925) 837-5600 | (925) 837-8387 |
| R & R Maher Construction Co., Inc. | 25086-00 | P.O. Box 3129 | Vallejo | CA | 94590- | (707) 552-0330 | (707) 552-4841 |
| R. Burke Corporation | 35451-00 | P.O. Box 957 | San Luis Obispo | CA | 93406- | (805) 543-8568 | (805) 543-2521 |
| R. Pedersen & Sons, Inc. | 28002-00 | 7320 N. McCampbell Dr. | Fresno | CA | 93722- | (559) 431-1106 | (559) 431-0810 |