1  BARRY E. HINKLE, Bar No. 071223
   PATRICIA A. DAVIS, Bar No. 179074
2  CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
   KRISTINA M. ZINNEN, Bar No. 245346
3  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
4  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
5  Telephone 510.337.1001
   Fax 510.337.1023
6
   Attorneys for Plaintiffs
7

8  ROBERT E. ROSENTHAL, Bar No. 067343
   ANDREW B. KREEFT, Bar No. 126673
9  SERGIO H. PARRA, Bar No. 247682
   BOHNEN, ROSENTHAL & KREEFT
10 787 Munras Avenue, Suite 200
   P.O. Box 1111
11 Monterey, CA 93942
   Telephone (831) 649-5551
12 Facsimile (831) 649-0272

13 Attorneys for Defendants

14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17 THE BOARD OF TRUSTEES, in their         ) No. C 10-01493 EDL
   capacities as Trustees of the LABORERS  )
18 HEALTH AND WELFARE TRUST FUND           ) **STIPULATION FOR FILING FIRST**
   FOR NORTHERN CALIFORNIA;                ) **AMENDED COMPLAINT;**
19 LABORERS VACATION-HOLIDAY TRUST         ) **[PROPOSED] ORDER**
   FUND FOR NORTHERN CALIFORNIA;           )
20 LABORERS PENSION TRUST FUND FOR         )
   NORTHERN CALIFORNIA; and LABORERS       )
21 TRAINING AND RETRAINING TRUST           )
   FUND FOR NORTHERN CALIFORNIA,           )
22                                         )
                  Plaintiffs,              )
23                                         )
         v.                                )
24                                         )
   PAUL T. BECK CONTRACTORS, INC, a        )
25 California Corporation.                 )
                                           )
26              Defendant.                 )
                                           )
27                                         )

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

STIPULATION FOR FILING FIRST AMENDED COMPLAINT; [PROPOSED] ORDER
Case No. C 10-01493 (EDL)

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of records that Plaintiffs may file a First Amended Complaint, a copy of which is attached hereto.

Dated: July 21, 2011

    WEINBERG, ROGER & ROSENFELD
    A Professional Corporation

    By: /s/ Kristina M. Zinnen
    KRISTINA M. ZINNEN
    Attorneys for Plaintiffs

Dated: July 21, 2011

    BOHNEN, ROSENTHAL & KREEFT

    By: /s/ Sergio H. Parra
    SERGIO H. PARRA
    Attorneys for Defendant

### [~~PROPOSED~~] ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

_____
HONORABLE ELIZABETH D. LAPORTE

*IT IS SO ORDERED.*
*/s/ Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*

124143/629060

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

1

STIPULATION FOR FILING FIRST AMENDED COMPLAINT; [PROPOSED] ORDER
Case No. C 10-01493 (EDL)